CH

AO 451 (Rev. 11/2002) Certification of Judgment for Registration in Another District

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 99-7413-CIV-HIGHSMITH

07CV7226
JUDGE NORGLE
MAG. JUDGE ASHMAN

JAMES L. BUTLER, JR., BARI L. BUTLER, and AERIAL III, INC.

Plaintiff

v.

SUKHOI AIRCRAFT, SUKHOI DESIGN BUREAU, ET AL.,

Defendant

FILED
JN DEC 2 6 2007
Dec 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

I, _____Clarence Maddox_____, Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on _____7/21/2003_____, as it appears in the records of this court, and that

\* no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court.

12/7/07
Date

Clarence Maddox
Clerk
(By) Deputy Clerk

\*Insert the appropriate language: . . . "no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." . . . "no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." . . . "an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." . . . "an appeal was taken form this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

Case 0:99-cv-07413-SH Document 117 Entered on FLSD Docket 07/24/2003 Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 99-7413-CIV-HIGHSMITH

Magistrate Judge Garber



FILED by _____ D.C.

JUL 23 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

JAMES L. BUTLER, JR., BARI L.
BUTLER, and AERIAL III, INC.,

    Plaintiffs,

vs.

SUKHOI AIRCRAFT, SUKHOI DESIGN
BUREAU, and ADVANCED SUKHOI
TECHNOLOGIES, n/k/a ADVANCED
TECHNOLOGIES FOR AIRCRAFT
MANUFACTURING,

    Defendants.

07CV7226
JUDGE NORGLE
MAG. JUDGE ASHMAN

_____/

**AMENDED FINAL JUDGMENT**

In accordance with the verdict rendered by the jury in this cause, it is

ORDERED AND ADJUDGED that Plaintiff, James L. Butler, Jr. SHALL RECOVER from the Defendants, Sukhoi Aircraft, Sukhoi Design Bureau, and Advanced Sukhoi Technologies, n/k/a Advanced Technologies for Aircraft Manufacturing, joint and severally, the principal sum of $3,592,500.00, plus post-judgment interest at the rate prescribed pursuant to 28 U.S.C. §1961 from the date of this judgment until payment. It is further

ORDERED AND ADJUDGED that Plaintiff, Bari L. Butler, SHALL RECOVER from the Defendants, Sukhoi Aircraft, Sukhoi Design Bureau, and Advanced Sukhoi

Technologies, n/k/a Advanced Technologies for Aircraft Manufacturing, jointly and severally, the principal sum of $450,000.00 plus post-judgment interest at the rate prescribed pursuant to 28 U.S.C. §1961 from the date of this judgment until payment.

All pending motions not otherwise ruled upon are denied as moot and this case is closed.

DONE AND ORDERED in chambers, at Miami, Miami-Dade County, Florida, this 21 day of July, 2003.

SHELBY HIGHSMITH
UNITED STATES DISTRICT JUDGE

Copies to: Walter G. Campbell, Jr., Esq.
Edward R. Curtis, Esq.

Counsel for Plaintiff is directed to provide copies of this order to all defendants, including:
Tatiana V. Mozharova
Advanced Sukhoi Technologies
Sukhoi Aircraft